IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| SHARAD I. BHATNAGAR, | ) |
| | ) |
| Appellant, | ) |
| | ) Case No. 13-7061 |
| v. | ) |
| | ) |
| SUNRISE SENIOR ASSISTED LIVING, INC., | ) |
| | ) |
| Appellee. | ) |

APPELLEE'S CERTIFICATE AS TO
PARTIES, RULINGS, AND RELATED CASES

Pursuant to the Court's Order of April 25, 2013, Appellee Sunrise Senior Assisted Living, Inc. certifies as follows:

### I. Parties

The parties who appeared in this case before the United States District Court for the District of Columbia are Plaintiff/Appellant Sharad I. Bhatnagar and Defendant/Appellee Sunrise Senior Assisted Living, Inc.  Those same parties are appearing before this Court.

Sunrise Senior Assisted Living, Inc. is not the proper name of the Defendant/Appellee. In the District Court case, the parties stipulated that the correct name was Sunrise Senior Living, Inc., and that name appeared in the caption of some of the District Court pleadings, including the Order of dismissal and accompanying Memorandum Opinion.  Sunrise Senior Living, Inc. was acquired early in 2013 by a privately held company and had its name changed to Sunrise Senior Living, LLC.  Plaintiff/Appellee Bhatnagar was employed by Sunrise Senior Living Management, Inc., a subsidiary of Sunrise Senior Living, Inc. which exists now as a subsidiary of Sunrise Senior Living, LLC.

There have been no intervenors or *amici* in this case.

No publicly held company has a 10 percent or greater ownership interest in Sunrise Senior Living, LLC or Sunrise Senior Living Management, Inc., which operates senior living facilities throughout the United States.

## II. Rulings Under Review

Bhatnagar sued Sunrise for age discrimination under the Age Discrimination in Employment Act, 29 U.S.C. §§ 621 *et seq.* Bhatnagar alleges that Sunrise terminated his employment because of his age. On March 20, 2013, the District Court entered an Order granting the Defendant's/Appellee's Motion for Summary Judgment, and dismissing Bhatnagar's case. The District Court's ruling in granting the Motion for Summary Judgment is at issue in this Court. The District Court judge was the Honorable Richard J. Leon, presiding in Case No. 1:11-cv-02281-RJL. Counsel for the Appellee is unaware of any reporting of the District Court's Memorandum Opinion. A search uncovered no record citation.

## III. Related Cases

This case has not previously been before this Court or any other court, except the District Court as described above. There are no other related cases pending in this Court or any other court.

SUNRISE SENIOR ASSISTED LIVING, INC.

By   s/ Jeffrey B. Hardie
Thomas P. Murphy (D.C. Bar No. 349365)
Jeffrey B. Hardie (D.C. Bar No. 448277)
HUNTON & WILLIAMS LLP
1751 Pinnacle Drive, Suite 1700
McLean, Virginia  22102
Phone:  (703) 714-7400
Fax:    (703) 714-7410
tpmurphy@hunton.com
jhardie@hunton.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of May, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Lee Boothby, Esq.
>1050 17th Street, NW, Suite 1000
>Washington, D.C. 20036
>leeboothby@aol.com

>    s/ Jeffrey B. Hardie
>           Counsel