# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 13-7061**                                                    **September Term, 2013**

**1:11-cv-02281-RJL**

**Filed On:** December 12, 2013

Sharad I. Bhatnagar,

       Appellant

    v.

Sunrise Senior Living, Inc.,

       Appellee


## O R D E R

It appearing that attorney Orva Lee Boothby is no longer able to represent appellant in this matter, it is

**ORDERED**, on the court's own motion, that by January 13, 2014, appellant either advise the court of the identity of new counsel or indicate that he intends to proceed on appeal *pro se*.   Failure of appellant to respond to this order will result in dismissal of the appeal for failure to prosecute.  See D.C. Cir. Rule 38.

The Clerk is directed to send a copy of this order to appellant and attorney Orva Lee Booth by certified mail, return receipt requested and by first class mail.


**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Amy Yacisin
Deputy Clerk